**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | Case No.   2:16-cr-00148 |
| VS. | : | |
| | : | JUDGE MARBLEY |
| **RICHARD MORIN,** | | |
| | : | |
| | : | |

GOVERNMENT'S PLEA AGREEMENT SUBMISSION
OF ELEMENTS AND PENALTIES FOR
18 U.S.C. §371

1.    ELEMENTS:   18 U.S.C. §371

First:   That the conspiracy described in the Information was willfully formed, and was existing at or about the time alleged;

Second:   That said accused willfully became a member of the conspiracy;

Third:   That at least one overt act was knowingly done in furtherance of some object or purpose of the conspiracy, as charged;

Fourth:   That such overt act was knowingly done by a member of the conspiracy during the course of its existence;

Fifth:   That such conspiracy existed, in whole or in part, at or about the time alleged in the Information in the Southern District of Ohio.

## 2. PENALTIES

A. Mandatory Minimum: None.

B. Possible Maximum: 5 years in prison, a fine of $, $250,000, 3 years supervised release, and $100.00 special assessment.

Respectfully submitted,

BENJAMIN C. GLASSMAN
Acting United States Attorney

s/Deborah A. Solove
DEBORAH A. SOLOVE (0024552)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Deborah.Solove@usdoj.gov

2